NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

ATTORNEY(S) FOR: DEFENDANTS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS STERN

Plaintiff(s),

v.

CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE; CHRISTIAN ARRUE; NICHOLAS CHACON; DAVID MARTIN; and DOES 2-100 inclusive

Defendant(s)

CASE NUMBER:
2:21-cv-03760-CBM-AS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   CHRISTIAN ARRUE, NICHOLAS CHACON, and DAVID MARTIN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NICHOLAS STERN | Plaintiff |
| CITY OF LOS ANGELES | Defendant |
| CHIEF MICHEL MOORE | Defendant |
| CHRISTIAN ARRUE | Defendant |
| NICHOLAS CHACON | Defendant |
| DAVID MARTIN | Defendant |

May 26, 2022
Date

/s/ Nathan A. Oyster
Signature
Nathan A. Oyster

Attorney of record for (or name of party appearing in pro per):
CITY OF LOS ANGELES, CHIEF MICHEL MOORE, CHRISTIAN ARRUE, NICHOLAS CHACON, and DAVID MARTIN

CV-30 (05/13)
LA #4889-7625-0914 v1

**NOTICE OF INTERESTED PARTIES**

American LegalNet, Inc.
www.FormsWorkFlow.com