# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STERN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE; CHRISTIAN ARRUE; NICHOLAS CHACON; DAVID MARTIN; and DOES 2-100 inclusive,<br><br>    Defendants. | Case No. 2:21-cv-03760-CBM-ASx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FACT AND EXPERT DISCOVERY DATES [72]** |

Having reviewed the parties' Stipulation to Continue Fact and Expert Discovery Dates and finding good cause therefor, it is hereby ORDERED that the following deadlines are hereby continued as set forth below:

| Deadline | Previous Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | January 25, 2023 | March 22, 2023 |
| Deadline to serve Initial Designation of Expert Witnesses | February 9, 2023 | April 6, 2023 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4879-2692-8183 v1

- 1 -

2:21-CV-03760-CBM-AS
ORDER TO STIP TO CONTINUE FACT & EXPERT DISCOVERY DATES

| Deadline for Designation of Rebuttal Expert Witnesses | March 20, 2023 | May 15, 2023 |
|---|---|---|
| Expert Discovery Cutoff | March 27, 2023 | May 22, 2023 |

IT IS SO ORDERED.

Dated: NOVEMBER 28, 2022

_____
Honorable Consuelo B. Marshall
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4879-2692-8183 v1

- 2 -

2:21-CV-03760-CBM-AS
ORDER TO STIP TO CONTINUE FACT &
EXPERT DISCOVERY DATES

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Nathan A. Oyster (SBN 225307) |
|   | E-mail:  noyster@bwslaw.com |
| 3 | Charles E. Slyngstad (SBN 89103) |
|   | E-mail:  cslyngstad@bwslaw.com |
| 4 | BURKE, WILLIAMS & SORENSEN, LLP |
|   | 444 South Flower Street, Suite 2400 |
| 5 | Los Angeles, CA  90071-2953 |
|   | Tel: 213.236.0600       Fax: 213.236.2700 |
| 6 | |
| 7 | Attorneys for Defendants |
|   | CITY OF LOS ANGELES, CHIEF MICHEL MOORE, CHRISTIAN ARRUE, NICHOLAS CHACON, and DAVID MARTIN |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4879-2692-8183 v1

- 3 -

2:21-CV-03760-CBM-AS
ORDER TO STIP TO CONTINUE FACT & EXPERT DISCOVERY DATES