Nathan A. Oyster (SBN 225307)
E-mail:  noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail:  cjones@bwslaw.com
Charles E. Slyngstad (SBN 89103)
E-mail:  cslyngstad@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, CHIEF MICHEL
MOORE, CHRISTIAN ARRUE, NICHOLAS
CHACON, DAVID MARTIN, and SHANNON
PAULSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STERN,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a<br>municipal entity; CHIEF MICHEL<br>MOORE; CHRISTIAN ARRUE;<br>NICHOLAS CHACON; DAVID<br>MARTIN; and SHANNON PAULSON<br>DOES 3-100 inclusive,<br><br>            Defendants. | Case No.  2:21-cv-03760-CBM-AS<br><br>**STIPULATION TO DISMISS DEFENDANTS' CITY OF LOS ANGELES, CHIEF MICHEL MOORE, CHRISTIAN ARRUE, NICHOLAS CHACON, and SHANNON PAULSON**<br><br>[FED. R. CIV P. 41(a)(2)]<br><br>[*[Proposed] Order filed concurrently herewith*]<br><br>Judge Consuelo B. Marshall |

TO THE HONORABLE CONSUELO B. MARSHALL, UNITED STATES

DISTRICT COURT JUDGE:

**IT IS HEREBY STIPULATED** by and between Plaintiff NICHOLAS

STERN (hereinafter "Plaintiff") and Defendants CITY OF LOS ANGELES, CHIEF

MICHEL MOORE, CHRISTIAN ARRUE, DAVID MARTIN, NICHOLAS

CHACON, and SHANNON PAULSON (hereinafter "Defendants), through their

designated counsel, as follows:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4888-1901-9863 v1                    - 1 -                    2:21-CV-03760-CBM-AS
STIPULATION TO DISMISS

1.       All of Plaintiff's claims against Defendants CHIEF MICHEL MOORE, CHRISTIAN ARRUE, NICHOLAS CHACON, and SHANNON PAULSON are to be dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2.       Plaintiff's First and Second Causes of Action against the CITY OF LOS ANGELES are to be dismissed with prejudice, pursuant to Rule 41(a)(1)(ii ) of the Federal Rules of Civil Procedure. This dismissal applies only to Plaintiff's *Monell* claim for municipal liability against the CITY OF LOS ANGELES. The state law claims remain alleged against the CITY OF LOS ANGELES;

3.       Plaintiff's Seventh Claim for Relief for Negligent Infliction of Emotional Distress is to be dismissed with prejudice, in its entirety;

4.       Plaintiff and Defendants CITY OF LOS ANGELES, CHIEF MICHEL MOORE, CHRISTIAN ARRUE, DAVID MARTIN, NICHOLAS CHACON, and SHANNON PAULSON are to bear their own fees and costs with respect to the dismissals identified in paragraphs 1, 2, and 3 of this Stipulation;

5.       Upon entry of an Order approving this Stipulation, the only remaining claims in this action will be Plaintiff's First, Second, Third, Fourth, Fifth, and Sixth Claims for Relief against Defendant DAVID MARTIN and Plaintiff's Third, Fourth, Fifth and Sixth Claims for Relief against Defendant CITY OF LOS ANGELES[1].

5.       Defendants DAVID MARTIN and the CITY OF LOS ANGELES agree that they shall not file a Motion for Summary Judgment, or any other motion pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, in this action.

      IT IS SO STIPULATED.

---

[1] 1. First Amendment Violation (42 U.S.C. §1983); 2. Fourth Amendment Violation (42 U.S.C. §1983); 3. Violation of Bane Civil Rights Act (Civil Code § 52.1); 4. Assault and Battery; 5. Negligence; and, 6. Intentional Infliction of Emotional Distress

1   Dated:  March 24, 2023              BURKE, WILLIAMS & SORENSEN, LLP

2

3                                       By: /s/: Nathan A. Oyster
                                            Nathan A. Oyster[2]
4
                                        Attorneys for Defendants
5                                       CITY OF LOS ANGELES, CHIEF
                                        MICHEL MOORE, CHRISTIAN ARRUE,
6                                       NICHOLAS CHACON, DAVID
                                        MARTIN, and SHANNON PAULSON
7

8   Dated:  March 24, 2023              V. JAMES DESIMONE LAW

9

10                                      By: /s/: Ryann E. Hall
                                            Vincent James DeSimone
11                                          Carmen D. Sabater
                                            Ryann Hall
12
                                        Attorneys for Plaintiff
13                                      NICHOLAS STERN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[2] As the filer of this Stipulation, I attest that counsel for plaintiff, concurs in the content of the Stipulation and has authorized its filing

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4888-1901-9863 v1                   - 3 -                     2:21-CV-03760-CBM-AS
                                                                 STIPULATION TO DISMISS