UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 21-3760-CBM(ASx)** | Date | AUGUST 1, 2023 |
|---|---|---|---|

| Title | Nicholas Stern v. City of Los Angeles et al |
|---|---|

Present: The Honorable     CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Defendant's motion in limine #1 [91] and Defendant's motion in limine #2 [92], currently scheduled for August 15, 2023,  are hereby ordered continued to ***OCTOBER 3, 2023 at 10:00 a.m.***   Counsel for the parties are ordered to appear in person.

IT IS SO ORDERED**.**

cc: all parties