V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Jenica P. Leonard (SBN: 245366) Of-Counsel
jleonard@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way Suite 280
Marina Del Rey, California 90292
Telephone: (310) 693-5561
Email: VJD000083@bohmlaw.com

Attorneys for Plaintiff,
NICHOLAS STERN

# UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STERN, <br><br> PLAINTIFF, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; CHIEF NIICHEL MOORS; CHRISTIAN ARRUE; NICHOLAS CHACON; DAVID MARTIN; SHANNON PAULSON; and DOES 3-100 inclusive, <br><br> DEFENDANTS. | Case No.: 2:21-CV-03760-CBM(ASx) <br><br> *Assigned to Honorable Consuelo B. Marshall, U.S. District Judge* <br><br> **PLAINTIFF'S WITNESS LIST** <br><br> **Pre-Trial** <br> Date:         September 20, 2023 <br> Time:         2:30 p.m. <br> Courtroom: 8D <br><br> **Trial** <br> Date:         October 24, 2023 <br> Time:         10:00 a.m. <br> Courtroom: 8D <br><br> Action Filed: June 1, 2021 |

1

Plaintiff, Nicholas Stern, and Defendants' CITY OF LOS ANGELES, Police Chief MICHEL MOORE, Christian Arrue, Nicholas Chacon, and David Martin hereby submits the following witness list for the Jury Trial scheduled for the date and time set forth above:

### PLAINTIFF WITNESS LIST

1. Nicholas Stern
2. Michelle Suh
3. Chief Michel Moore
4. Christian Arrue
5. David Martin
6. Nicholas Chacon
7. Gregory Gilbertson
8. Clarence Chapman
9. Rachel Rodriguez
10. Shannon Paulson
11. Gerald Chaleff

Date: September 8, 2023

By: _____
V. JAMES DESIMONE, ESQ.
CARMEN D. SABATER, ESQ.
JENICA P. LEONARD, ESQ

Attorneys for Plaintiff,
NICHOLAS STERN

**PLAINTIFF'S TRIAL WITNESS LIST**  
*Stern v. City of Los Angeles, et al.*  
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.  
Carmen D. Sabater, Esq.  
Jenica P. Leonard, Esq.