V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Ryann E. Hall (SBN: 306080) Of-Counsel
rhall@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way Suite 280
Marina Del Rey, California 90292
Telephone: (310) 693-5561
Email: VJD000083@bohmlaw.com

Attorneys for Plaintiff,
NICHOLAS STERN

## UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STERN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF NIICHEL MOORS; CHRISTIAN ARRUE; NICHOLAS CHACON; DAVID MARTIN; and SHANNON PAULSON DOES 3-100 inclusive,<br><br>          Defendants. | Case No.: 2:21-CV-03760-CBM(ASx)<br><br>*Assigned to Honorable Consuelo B. Marshall, U.S. District Judge*<br><br>**PLAINTIFF'S AND DEFENDANTS' JOINT EXHIBIT LIST**<br><br>**Pretrial**<br>Date:          September 20, 2023<br>Time:          10:00 a.m.<br><br>**Trial**<br>Date:          October 24, 2023<br>Time:          10:00 a.m.<br>Courtroom: 8D<br><br>Action Filed:     June 1, 2021 |

1

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

## PLAINTIFF'S POTENTIAL EXHIBITS

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Photos of Photography Equipment (STERN000001-000003) | Relevance FRE 401; FRE 403 | 11/3/2021 | |
| 2 | Image of Plaintiff (STERN000020) [redact LA Times reference] | | 11/3/2021 | |
| 3 | Officers holding a baton (STERN000004) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1 | 11/3/2021 | |
| 4 | Officer holding a baton and pointing it towards Plaintiff (STERN000005) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1; Defendants further object to the name of the exhibit as prejudicial. | 11/3/2021 | |
| 5 | Officer holding a baton and pushing it towards Plaintiff (STERN000006) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1; Defendants further object to the name of the exhibit as prejudicial. | 11/3/2021 | |
| 6 | Officer holding a bat and standing within a crowd (STERN000007) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1 | 11/3/2021 | |

2

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 7 | Officers holding a "less lethal" shotgun (STERN000008-000009) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1 | 11/3/2021 | |
| 8 | Officers holding a "less lethal" shotgun and aiming at the crowd (STERN000010-000011) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1; Defendants further object to the name of the exhibit as prejudicial. | 11/3/2021 | |
| 9 | Officers holding a shotgun and firing at Plaintiff (STERN000012-000013) | Defendants object to the name of Plaintiff's Exhibit given that what Officer Martin was aiming for is a disputed fact. | 11/3/2021 | |
| 10 | Photos of Officers firing a shot gun at Plaintiff (STERN000492-000493) | Defendants object to the name of Plaintiff's Exhibit given that what Officer Martin was aiming for is a disputed fact. | 3/20/2023 | |
| 11 | Photo of Officers firing a shot gun at Plaintiff (STERN000494) | Defendants object to the name of Plaintiff's Exhibit given that what Officer Martin was aiming for is a disputed fact. | 3/20/2023 | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 12 | Bodycam footage images of Officers firing a weapon at Plaintiff (STERN000495-000496) | Lacks foundation; Defendants object to circle drawn on STERN 495. Defendants further object to the name of Plaintiff's Exhibit given that what Officer Martin was aiming for is a disputed fact. | 3/20/2023 | |
| 13 | Photo of Plaintiff's Inner Thigh (STERN000605) | | 08/31/2023 | |
| 14 | Facebook post regarding the injury that Plaintiff sustained from the Officers' weapon (STERN000031) | Relevance FRE 401; FRE 403. Hearsay FRE 801. | 3/4/2022 | |
| 15 | Officers holding a bat and shoving people (STERN000016-000017) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1; Defendants further object to the name of the exhibit as prejudicial. | 11/3/2021 | |
| 16 | Video of officers assaulting people with Batons (STERN000029) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1; Defendants further object to the name of the exhibit as prejudicial. | 11/3/2021 | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 17 | February 3, 2021 – Letter from Los Angeles Police Department re: Plaintiff's Complaint (STERN000032) | Relevance FRE 401; FRE 403; Foundation. | 3/4/2022 | |
| 18 | Photos of shooting (STERN 000606-000613) | | 11/3/2021 | |
| 19 | Intradepartmental Correspondence from Chief of Police re: SAFE LA CIVIL UNREST 2020 AFTER ACTION REPORT (STERN000033-000491) | Relevance FRE 401; FRE 403; Foundation; Subject of Defendants' MIL 1. | 3/20/2023 | |
| 20 | Gregory G. Gilbertson, M.S. – Plaintiff's Expert Witness Report (STERN000497-000513) | Relevance FRE 401; FRE 403; Hearsay FRE 801. | 5/19/2023 | |
| 21 | LAPD Emergency Operations Guide Vol. 5 – Guidelines for Crowd Management and Crowd Control (COLA0001-0046) | | 2/9/2023 | |
| 22 | (CONFIDENTIAL) Internal Affairs File – Complaint Form (COLA0100-0106) | Relevance FRE 401; FRE 403; Hearsay FRE 801. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 23 | (CONFIDENTIAL) Internal Affairs File – Complaint Adjudication Form (COLA0158-0165) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 24 | (CONFIDENTIAL) Internal Affairs File – Commanding Officer's Adjudication Letter of Transmittal (COLA0166-0172) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 25 | (CONFIDENTIAL) Internal Affairs File – Complaint Investigation (COLA0173-0186) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1. | | |
| 26 | (CONFIDENTIAL) Internal Affairs File – Bodycam Footage (COLA0187-0190) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 27 | (CONFIDENTIAL) Internal Affairs File – Letter to Plaintiff regarding the Investigation Results (COLA0193-0201) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 28 | (CONFIDENTIAL) Internal Affairs File – LA Police Department Use of Force-Tactics Directive (COLA0202-0217) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 29 | (CONFIDENTIAL) Internal Affairs File – 37mm Less Lethal Aiming (COLA0218-0219) | | | |
| 30 | (CONFIDENTIAL) Internal Affairs File – Personnel Check-in List (COLA0220-0221, 0292, 0295, 0297) | | | |
| 31 | (CONFIDENTIAL) Internal Affairs File – Activity Log (COLA0222, 0293-0294, 0296, and 0298) | | | |
| 32 | (CONFIDENTIAL) Internal Affairs File – Investigator's Notes (COLA0232-0236) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 33 | (CONFIDENTIAL) Internal Affairs File – Photos of Plaintiff (COLA0241-0243, 0245) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 34 | (CONFIDENTIAL) Internal Affairs File – About Plaintiff (COLA0244) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1. | | |
| 35 | (CONFIDENTIAL) Internal Affairs File – Lists of Protestors (COLA0251-0285) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 36 | (CONFIDENTIAL) Internal Affairs File – Safe LA Task Force Updates (COLA0286-0287) | | | |
| 37 | (CONFIDENTIAL) Internal Affairs File – Declaration of Emergency (COLA0288-0289) | | | |
| 38 | (CONFIDENTIAL) Internal Affairs File – Order Setting Curfew (COLA0290-0291) | | | |
| 39 | (CONFIDENTIAL) Internal Affairs File – MAP of the Protest Location (Fairfax) (COLA0301) | | | |
| 40 | Audiotaped Recording Of Officer Christian Arrue dated 3/9/2021 (COLA0227) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 41 | Audiotaped Recording Of Officer David Martin dated 3/8/2021 (COLA0228) | | | |
| 42 | Audiotaped Recording Of Officer Nicholas Chacon, Part 1 dated 3/9/2021 (COLA0229) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 43 | Audiotaped Recording Of Officer Nicholas Chacon, Part 2 dated 3/10/2021 (COLA0230) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 44 | Audiotaped Recording Of Plaintiff dated 2/19/2021 (COLA0231) | Hearsay FRE 801. | | |
| 45 | Audiotaped Recording BWV Clip of Officer Christian Arrue (COLA0237) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 46 | Audiotaped Recording BWV Clip of Officer Nicholas Chacon (COLA0238) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 47 | Audiotaped Recording BWV Clip of Officer David Martin (COLA0239) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 48 | Audiotaped Recording BWV Clip of News Clip (COLA0240) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 49 | Audiotaped Recording Clip of Frequency 1 (COLA0248) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 50 | Audiotaped Recording Clip of Bus Driver Radio Communications, dated 05/30/2020 (COLA0249) | | | |
| 51 | Audiotaped Recording Clip of Captain Shannon Paulson, dated 08/17/2020 (COLA0299) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 52 | Audiotaped Recording Clip of MTA Operator Fidencio Rodriguez, dated 07/15/2020 (COLA0300) | | | |
| 53 | Video Clip of Approval Less Lethal Sgt Hwang, dated 5/30/2020 (COLA0327) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 54 | Email from Stern to LAPD: June 7 2020 Unacceptable police brutality [Stern 601-604] | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1. | | |
| 55 | Crespo settlement agreement [Stern 589-601] | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 2. | | |
| 56 | Video 225PM 3rd Fairfax, Officer Christian Arrue, dated 5/30/2020 (COLA0333) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |

10

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 57 | Video 442PM 3rd Fairfax, Officer Christian Arrue, dated 5/30/2020 (COLA0334) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 58 | Video 518PM 3rd Fairfax, Officer Christian Arrue, dated 5/30/2020 (COLA0335) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 59 | Video 518PM 3rd Fairfax, Officer Christian Arrue, dated 5/30/2020 (COLA0335) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1. | | |
| 60 | Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (Plaintiff's 12 second Clip) (COLA0336) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as Plaintiff labels it as a 12 second video but as produced by the City the video is over 2 hours long and Plaintiff has not identified what 12 seconds the clip is taken from, or produced the shortened clip. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 61 | Image # 01.0000 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 62 | Image # 01.0001 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 63 | Image # 01.0002 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 64 | Image # 01.0003 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 65 | Image # 01.0004 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 66 | Image # 01.0005 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 67 | Image # 01.0006 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 68 | Image # 01.0007 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

15

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 69 | Image # 01.0008 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 70 | Image # 01.0009 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 71 | Image # 01.0010 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 72 | Image # 01.0011 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

17

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 73 | Image # 01.0012 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 74 | Image # 01.0013 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 75 | Image # 01.0014 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 76 | Image # 01.0015 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 77 | Image # 01.0016 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 78 | Image # 01.0017 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 79 | Image # 01.0018 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 80 | Image # 01.0019 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 81 | Image # 01.0020 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 82 | Image # 01.0021 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 83 | Image # 01.0022 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 84 | Image # 01.0023 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 85 | Image # 01.0024 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 86 | Image # 01.0025 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 87 | Image # 01.0026 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 88 | Image # 01.0027 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 89 | Image # 01.0028 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 90 | Image # 01.0029 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 91 | Image # 01.0030 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 92 | Image # 01.0031 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 93 | Image # 01.0032 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 94 | Image # 01.0033 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 95 | Image # 01.0034 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 96 | Image # 01.0035 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 97 | Image # 01.0036 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 98 | Image # 01.0037 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 99 | Image # 01.0038 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 100 | Image # 01.0039 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 101 | Image # 01.0040 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 102 | Image # 01.0041 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 103 | Image # 01.0042 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 104 | Image # 01.0043 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 105 | Image # 01.0044 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 106 | Image # 01.0045 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 107 | Image # 01.0046 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 108 | Image # 01.0047 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 109 | Image # 01.0048 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 110 | Image # 01.0049 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 111 | Image # 01.0050 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 112 | Image # 01.0051 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 113 | Image # 01.0052 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 114 | Image # 01.0053 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 115 | Image # 01.0054 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 116 | Image # 01.0055 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 117 | Image # 01.0056 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 118 | Image # 01.0057 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 119 | Image # 01.0058 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 120 | Image # 01.0059 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 121 | Image # 01.0060 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 122 | Image # 01.0061 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 123 | Image # 01.0062 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 124 | Image # 01.0063 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 125 | Image # 01.0064 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 126 | Image # 01.0065 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

44

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 127 | Image # 01.0066 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 128 | Image # 01.0067 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 129 | Image # 01.0068 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 130 | Image # 01.0069 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 131 | Image # 01.0070 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 132 | Image # 01.0071 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

47

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 133 | Image # 01.0072 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 134 | Image # 01.0073 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 135 | Image # 01.0074 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 136 | Image # 01.0075 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 137 | Image # 01.0076 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 138 | Image # 01.0077 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 139 | Image # 01.0078 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 140 | Image # 01.0079 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 141 | Image # 01.0080 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 142 | Image # 01.0081 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 143 | Image # 01.0082 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 144 | Image # 01.0083 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 145 | Image # 01.0084 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 146 | Image # 01.0085 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 147 | Image # 01.0086 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 148 | Image # 01.0087 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 149 | Image # 01.0088 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 150 | Image # 01.0089 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 151 | Image # 01.0090 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 152 | Image # 01.0091 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 153 | Image # 01.0092 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 154 | Image # 01.0093 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 155 | Image # 01.0094 taken from Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |
| 156 | | | | |
| 157 | Video 225PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0336) | Defendants object to this exhibit insofar as Plaintiff labels it as a photograph taken from a video, but Plaintiff has not produced or identified the photograph; Defendants further object to any portions of body worn camera/photographs which are the subject of Defendants' MIL 1. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 158 | Video 442PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0337) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |
| 159 | Video 507PM 3rd Fairfax, Officer Nicholas Chacon, dated 5/30/2020 (COLA0338) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 160 | Video 225PM 3rd Fairfax, Officer Clark, dated 5/30/2020 (COLA0339) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |
| 161 | Video 442PM 3rd Fairfax, Officer Clark, dated 5/30/2020 (COLA0339) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 162 | Video 507PM 3rd Fairfax, Officer Clark, dated 5/30/2020 (COLA0341) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |
| 163 | Video 225PM 3rd Fairfax, Officer David Martin, dated 5/30/2020 (COLA0342) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 164 | Video 442PM 3rd Fairfax, Officer David Martin, dated 5/30/2020 (COLA0343) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |
| 165 | Video 507PM 3rd Fairfax, Officer David Martin, dated 5/30/2020 (COLA0344) | Defendants object to any portions of body worn camera which are the subject of Defendants' MIL 1; Defendants further object to this exhibit insofar as the video produced by the City the video is over 2 hours long and Plaintiff has not identified what portion he is referring to. | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 166 | LA Police Department Report for the 2007 MacArthur Park Incident | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2. | | |
| 167 | Photo of Martin Shooting Stern with Less Lethal Shotgun (STERN000018-19) | | | |
| 168 | Gilbertson CV (STERN000529-530) | Relevance FRE 401; FRE 403; Hearsay FRE 801. | | |
| 169 | International Association Chief of Police: Investigation of Allegations of Employee Misconduct (STERN000533-000544) | Relevance FRE 401; FRE 403; Hearsay FRE 801. | | |
| 170 | International Association Chief of Police: Crowd Management (STERN000556-580) | Relevance FRE 401; FRE 403; Hearsay FRE 801. | | |
| 171 | LAPD Use of Force - Tactics Directive (COLA 0047-0057) | | | |
| 172 | Crowd Management, Intervention and Control (COLA 58-69) | | | |
| 173 | Office of the Chief of Police Special Order No. 4 Police on the Use of Force (COLA 0070-0074) | | | |

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 174 | LAPD Use of Force Policy (COLA 0075-0078) | | | |
| 175 | LAPD Use of Force Tactics Directive: Baton (COLA 0079-0083) | Relevance FRE 401; FRE 403; Subject of Defendants' MIL 1. | | |
| 176 | Photos from the Scene of Incident with Client Notes (STERN000606-612) | Relevance FRE 401; FRE 403; Defendant's further object that Plaintiff's notes on the photographs constitute hearsay under FRE 801. | | |
| 177 | LAPD Launches Crowd Management Training, July 24, 2007 (STERN000613-615) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2. Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 613-615" | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 178 | LAPD Launches New Crowd Management Training, July 24, 2007 (STERN000616-618) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 616-618" | | |
| 179 | Chief Bratton Attends Crowd Management Training, August 31, 2007 (STERN000619-621) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 619-621" | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 180 | Crowd Control Strategies and Changes to SWAT selection criteria, April 3, 2008 (STERN000622-624) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 622-624" | | |
| 181 | May Day News, April 29, 2008 (STERN000625-629) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 625-629" | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 182 | May Day News, April 29, 2008 (STERN000630-634) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 630-634" | | |
| 183 | "Media Training Day" NA12158rl, July 6, 2012 (STERN000635-637) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 635-637" | | |

PLAINTIFF'S TRIAL EXHIBIT LIST
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 184 | Demands for Law Enforcement Reform, June 3, 2020 (STERN000638-641) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 638-641" | | |
| 185 | Community Inquiries on Crowd Management, Intervention, and Control (STERN000642-645) | Relevance FRE 401; FRE 403; Hearsay FRE 801; Subject of Defendants' MIL 1 & 2.  Defendants further object to this exhibit as Plaintiff has not produced any discovery Bates stamped "Stern 642-645" | | |
| 186 | Stan Still shots of COLA 0336 CHACON 38388 053020 VIDEO 225PM 3RD FAIRFAX (STERN000646-740) | | | |
| 187-200 | RESERVED | | | |
| **Defendants' Exhibits** | | | | |
| 201 | IA Investigation (COLA 99-226) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |

69

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 202 | Internal Affairs Investigation Audiotaped Interview of Officer Christian Arrue dated 3/9/2021 (COLA 227) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 203 | Internal Affairs Investigation Audiotaped Interview of Officer David Martin dated 3/8/2021 (COLA 228) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 204 | Internal Affairs Investigation Audiotaped Interview of Officer Nicholas Chacon (Two dated 3/9/2021 & 3/10/2021 (COLA 229-230) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 205 | Internal Affairs Investigation Audiotaped Interview of Plaintiff Nicholas Stern dated 2/19/2021 (COLA 231) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 206 | Internal Affairs Investigator's Notes (COLA 0232-0236) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 207 | Internal Affairs Investigation BWC Clip of Officer Arrue (COLA 237) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 208 | Internal Affairs Investigation BWC Clip of Officer Chacon (COLA 238) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 209 | Internal Affairs Investigation BWC Clip of Officer Martin (COLA 239) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 210 | Internal Affairs Investigation Clip of News Video (COLA 240) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 211 | Internal Affairs Investigation BWC Clip Photograph of Officer Arrue (COLA 241) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 212 | Internal Affairs Investigation BWC Clip Photograph of Officer Chacon (COLA 242) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 213 | Internal Affairs Investigation BWC Clip Photograph of Officer Martin (COLA 243) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 214 | Internal Affairs Investigation Reference Hyperlinks (COLA 244-247) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 215 | Internal Affairs Investigation Background Audio Referenced Hyperlinks (COLA 248-249) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 216 | Internal Affairs Investigation CF No. 20-003674: Background <u>CRIME AND ARREST STATS</u> Referenced Hyperlinks (COLA 250-287) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 217 | Internal Affairs Investigation Background <u>CURFEW ORDERS</u> Referenced Hyperlinks (COLA 288-291) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 218 | Internal Affairs Investigation Background <u>ICS FORMS</u> Referenced Hyperlinks (COLA 292-298) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 219 | Internal Affairs Investigation Background Interview Referenced Hyperlinks Captain Shannon Paulson dated 8/17/2020 (COLA 299) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 220 | Internal Affairs Investigation Background Interview Referenced Hyperlinks MTA Operator Fidencio Rodriguez dated 7/15/2020 (COLA 300) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 221 | Internal Affairs Investigation Map of Fairfax District (COLA 301) | | | |
| 222 | Internal Affairs Investigation Photographs of Damage to Bus (COLA 302-326) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 223 | Internal Affairs Investigation Video CP Approval Less Lethal Sgt. Hwang (COLA 327) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 224 | Internal Affairs Investigation News Video of Bus Vandalized (COLA 328) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 225 | Internal Affairs Investigation News Video of Protest (COLA 329) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 226 | Internal Affairs Investigation Video of Officers Surrounded (COLA 330) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 227 | Internal Affairs Investigation Sgt. Austin Video Advising BLM Coordinator (COLA 331) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 228 | Internal Affairs Investigation Officer Pecina Assembly Video (COLA 332) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

| Exhibit No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 229 | Officer Arrue Full BWC Videos (3 videos) (COLA 333-335) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 230 | Officer Chacon Full BWC Videos (3 videos) (COLA 336-338) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 231 | Officer Clark Full BWC Videos (3 videos) (COLA 339-341) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 232 | Officer Martin Full BWC Videos (3 videos) (COLA 342-344) | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 233 | Plaintiff's Responses to City's RFP (Set One) | | | |
| 234 | Plaintiff's Responses to City's RFA (Set One) | | | |
| 235 | Plaintiff's Responses to City's Interrogatories (Set One) | | | |
| 236 | Expert Report of Clarence Chapman | Relevance FRE 401; FRE 403; Hearsay FRE 801; | | |
| 237-300 | | | | |

74

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.

**V. JAMES DESIMONE LAW**

Date:  September 8, 2023                By:  /s/: V. James DeSimone
                                                      V. JAMES DESIMONE, ESQ.
                                                      CARMEN D. SABATER, ESQ.
                                                      RYANN E. HALL, ESQ

                                                      Attorneys for Plaintiff


**BURKE, WILLIAMS & SORENSEN, LLP**

Date:  September 8, 2023                By:  /s/: Caylin W. Jones
                                                      NATHAN A. OYSTER, ESQ.
                                                      CAYLIN W. JONES, ESQ.

                                                      Attorneys for Defendants
                                                      CITY OF LOS ANGELES and
                                                      DAVID MARTIN


## SIGNATURE ATTESTATION

In compliance with the Local Rules, I, V. James DeSimone, Esq., hereby attest that all party signatories concur in this filing.

/s/: V. James DeSimone
V. James DeSimone, Esq.

**PLAINTIFF'S TRIAL EXHIBIT LIST**
*Stern v. City of Los Angeles, et al.*
Case No.: 2:21-CV-03760-CBM(ASx)

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Ryann E. Hall, Esq.