UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 21-3760-CBM(ASx)** | Date | SEPTEMBER 20, 2023 |
|---|---|---|---|
| Title | M. C. v. Los Angeles Unified School District | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vincent J. DeSimone | Nathan A. Oyster |
| Jenica Leonard | |

**Proceedings:**   PRETRIAL CONFERENCE HEARING

The case is called and counsel state their appearance.  The Court and counsel confer. Pretrial conference is held.  Following discussions with counsel, the Court will sign the proposed pretrial conference order.

The Court further orders counsel to meet and confer by no later than October 11, 2023 and discuss the video exhibits, joint exhibit list, identify what exhibits can be deemed admitted.   Counsel to file an amended joint exhibit list, jury instructions, verdict form, and statement of the case by no later than October 17, 2023 as stated on the record.

Jury trial will begin October 24, 2023 at 10:00 a.m.

IT IS SO ORDERED.

cc: all parties

__ : 46