1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS STERN,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; DAVID MARTIN; and DOES 2-100 inclusive,<br><br>        Defendants. | Case No.  2:21-cv-03760-CBM-ASx<br><br>**ORDER VACATING TRIAL DATE DUE TO CONDITIONAL SETTLEMENT   [114]**<br><br>**[NOTE CHANGES MADE BY COURT]** |

Having reviewed the parties' stipulation to vacate the trial date pursuant to the parties' conditional settlement and finding good cause therefor, the Court Orders as follows:

1. The October 24, 2023 trial date and all pretrial deadlines are hereby vacated.

2. The parties shall file a Joint Status Report by no later than February 5, 2024, advising the Court of the status of settlement approval, if a stipulation to dismiss the case has not been filed prior to that date.

IT IS SO ORDERED.

Dated: OCTOBER 2, 2023

_____
Honorable Consuelo B. Marshall
United States District Judge

# PROOF OF SERVICE
*Nicholas Stern v. City of Los Angeles et al*
**USDC CD, Case No. 2:21-cv-03760-CBM-AS**

I, Grace A. Mitchell, am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. On October 2, 2023, I served a copy of the within document(s):

**[PROPOSED] ORDER VACATING TRIAL DATE DUE TO CONDITIONAL SETTLEMENT**

by transmitting via e-mail from gmitchell@bwslaw.com or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Vincent James DeSimone<br>Carmen D Sabater<br>V JAMES DESIMONE LAW<br>13160 Mindanao Way Suite 280<br>Marina Del Rey, CA 90292<br>Email: vjdesimone@gmail.com;<br>cds820@gmail.com;<br>mamini@bohmlaw.com;<br>VJD000083@bohmlaw.com;<br>rhall@bohmlaw.com;<br>adurbin@bohmlaw.com | Attorneys for Plaintiff<br>*NICHOLAS STERN* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 2, 2023, at Los Angeles, California.

_____
Grace A. Mitchell