Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES and DAVID MARTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICHOLAS STERN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES, a municipal entity; et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-03760-CBM-AS<br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Judge:　Consuelo B. Marshall |

TO THE HONORABLE COURT AND ALL PARTIES,

Pursuant to this Court's Order on October 2, 2023, (Dkt. 115), Plaintiff NICHOLAS STERN ("Plaintiff") and Defendants CITY OF LOS ANGELES and DAVID MARTIN ("Defendants") jointly report to the Court regarding the status of settlement.

1.　On January 24, 2024, the City of Los Angeles Budget and Finance Committee approved the settlement in this case. To finalize the process, the settlement requires the approval of the Los Angeles City Council. Defendants anticipate that this case will be on the City Council agenda within the next two weeks.

2.　Once the settlement is approved by the Los Angeles City Council,

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4855-2382-2498 v1

1

Case No. 2:21-cv-03760-CBM-AS
JOINT STATUS REPORT RE SETTLEMENT

settlement funds should be issued within 30 days.

      3.    The parties, therefore, anticipate that they will file a stipulation to dismiss this case within the next 60 days.

Dated:  February 5, 2024        V. JAMES DESIMONE LAW

By: */s/ V. James DeSimone*
V. James DeSimone
Carmen D. Sabater
Jenica P. Leonard

Attorneys for Plaintiff
NICHOLAS STERN

Dated:  February 5, 2024        BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Nathan A. Oyster*[1]
Nathan A. Oyster
Caylin W. Jones

Attorneys for Defendants
CITY OF LOS ANGELES and
DAVID MARTIN

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify I have obtained authorization to affix Plaintiff's counsel's electronic signature to this document.