Nathan A. Oyster (SBN 225307)
E-mail:  noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail:  cjones@bwslaw.com
Charles E. Slyngstad (SBN 89103)
E-mail:  cslyngstad@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES and DAVID
MARTIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICHOLAS STERN,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF LOS ANGELES, a municipal entity; et al.,<br><br>             Defendants. | Case No. 2:21-cv-03760-CBM-AS<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>*[Proposed] Order filed concurrently herewith*<br><br>Judge:   Consuelo B. Marshall |

IT IS HEREBY STIPULATED by and between Plaintiff NICHOLAS STERN by and through his counsel of record (hereinafter "Plaintiff") and Defendants CITY OF LOS ANGELES and DAVID MARTIN (hereinafter "Defendants"), by and through their counsel of record, that the entire action, including all claims against Defendants CITY OF LOS ANGELES and DAVID MARTIN, and all claims against any unserved Defendants, are hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

1

Case No. 2:21-cv-03760-CBM-AS
STIPULATION TO DISMISS

1         IT IS SO STIPULATED.

2

3    Dated:  March 11, 2024                    V. JAMES DESIMONE LAW

4

5

6                                    By:  */s/ V. James DeSimone*

7                                          V. James DeSimone
                                           Carmen D. Sabater

8                                          Jenica P. Leonard

9

10                                         Attorneys for Plaintiff
                                           NICHOLAS STERN

11

12   Dated:  March 11, 2024                    BURKE, WILLIAMS & SORENSEN, LLP

13

14

15                                   By:  */s/ Nathan A. Oyster*[1]

16                                         Nathan A. Oyster
                                           Caylin W. Jones

17

18                                         Attorneys for Defendants
                                           CITY OF LOS ANGELES and

19                                         DAVID MARTIN

20

21

22

23

24

25

26

27   _____
     [1] This filer attests that all other signatories on whose behalf this filing is submitted

28   concur in the filings content and have authorized the filing of this stipulation.

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

2                    Case No. 2:21-cv-03760-CBM-AS
                     STIPULATION TO DISMISS