UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICHOLAS STERN,<br><br>              Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, a municipal entity; et al.,<br><br>              Defendants. | Case No. 2:21-cv-03760-CBM-ASx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE  [118] [JS-6]**<br><br><br>Judge:   Consuelo B. Marshall |

   **THIS COURT,** having considered the parties' stipulation, orders the following:

   This entire action, including all claims against Defendants CITY OF LOS ANGELES and DAVID MARTIN, and all claims against any unserved Defendants, is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: MARCH 12, 2024          _____

                              Honorable Consuelo B. Marshall
                              United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4871-5656-3372 v1

1

Case No. 2:21-cv-03760-CBM-AS
ORDER
STIPULATION TO DISMISS